BENJAMIN B. WAGNER
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| Shane Garrett,<br><br>    Plaintiff,<br><br>    v.<br>Carolyn W. Colvin,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 14-cv-02774-DAD<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE BRIEF** |

1

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have until October 5, 2015 to file her brief. This extension is requested because Defendant is on leave part of September and has a heavy workload including three EEOC cases.

Respectfully submitted,

/s/ Wade Sterling Askew  *
WADE STERLING ASKEW
Plaintiff's Attorney
* by Armand Roth by authorization

BENJAMIN B. WAGNER
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

Dated: September 3, 2015            /s/ Armand D. Roth
ARMAND D. ROTH)
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.
Dated:  September 4, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\garrett2774.stip.eot.ord.doc

2