1  BENJAMIN B. WAGNER
   United States Attorney
2  DEBORAH STACHEL
   Acting Regional Chief Counsel, Region IX,
3  Social Security Administration
4
   ARMAND D. ROTH
5  Special Assistant United States Attorney
   California Bar No. 214624
6       160 Spear Street, Suite 800
7       San Francisco, CA 94105
        Telephone: (415) 977-8924
8       Fax: (415) 744-0134
9       E-Mail: Armand.Roth@ssa.gov
10
   Attorneys for Defendant
11
12                  UNITED STATES DISTRICT COURT
13                  EASTERN DISTRICT OF CALIFORNIA
14
                              SACRAMENTO
15

16
17  Shane Garrett,                    )  No. 2:14-cv-02774-DAD
                                      )
18       Plaintiff,                   )  **STIPULATION AND ORDER**
                                      )  **EXTENDING TIME FOR**
19            v.                      )  **DEFENDANT TO FILE BRIEF**
    Carolyn W. Colvin,                )
20  Acting Commissioner of Social Security, )
                                      )
21                                    )
         Defendant.                   )
22                                    )
                                      )
23  _____    )

24
25
26
27
28

1

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have an additional three days until October 8, 2015 to file her brief. This extension is requested because Defendant's counsel, in particular, had to take leave in late September and October.

    Respectfully submitted,

/s/ Wade Sterling Askew  *
WADE STERLING ASKEW
Plaintiff's Attorney
* by Armand Roth by authorization

BENJAMIN B. WAGNER
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

Dated: October 6, 2015

/s/ Armand D. Roth
ARMAND D. ROTH)
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  October 8, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\ garrett2774.stip.eot2.ord.doc

2